UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2026

JASON DEJEAN

                    Plaintiff,

        -against-

JASON GODDUHN and H&S ENTERPRISES,
INC.,

                    Defendants.

25-cv-10212 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants Marc Dejean and H&S Enterprises, Inc. (collectively, "Defendants") have filed an Answer, dated December 8, 2025, (ECF No. 1, Ex. B), to Plaintiff Marc Dejean's ("Plaintiff") Complaint, dated October 27, 2025, (ECF No. 1, Ex. A).  Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by February 11, 2026.  After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes.  The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

The Court further orders as follows: (1) Defendants shall serve a copy of this Order on Plaintiff's counsel and show service on the docket; and (2) Plaintiff's counsel shall file a Notice of Appearance by January 28, 2026.

SO ORDERED:

Dated:  January 21, 2026
        White Plains, NY

NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT                                        Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

                                                        **CIVIL CASE DISCOVERY PLAN**
                              Plaintiff(s),              **AND SCHEDULING ORDER**
        - against -


                              Defendant(s).        _____ CV _____ (NSR)

------------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

        1.      All parties [consent] [do not consent] to conducting all further proceedings before
                a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
                The parties are free to withhold consent without adverse substantive consequences.
                (If all parties consent, the remaining paragraphs of this form need not be
                completed.)

        2.      This case [is] [is not] to be tried to a jury.

        3.      Joinder of additional parties must be accomplished by _____.

        4.      Amended pleadings may be filed until _____. Any party
                seeking to amend its pleadings after that date must seek leave of court via motion.

        5.      Interrogatories shall be served no later than _____, and responses
                thereto shall be served within thirty (30) days thereafter.  The provisions of Local
                Civil Rule 33.3 [shall] [shall not] apply to this case.

        6.      First request for production of documents, if any, shall be served no later than
                _____.

        7.      Non-expert depositions shall be completed by _____.

                a.      Unless counsel agree otherwise or the Court so orders, depositions shall not
                        be held until all parties have responded to any first requests for production
                        of documents.

                b.      Depositions shall proceed concurrently.

                c.      Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: _____
White Plains, New York

_____
Nelson S. Román, U.S. District Judge